SOSNOW, KRANZ & SIMCOE, INC., et al., Respondents, and ALLIANCE ASSURANCE COMPANY, LTD. OF LONDON, Plaintiff, *v.* STORATTI CORPORATION et al., Appellants.

Argued November 27, 1945; decided January 17, 1946.

*Lewis F. X. Cotignola, Thomas M. Russell* and *George Natanson* for appellants.

*John M. Aherne* and *James M. Hughes* for respondents.

Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.